**Order entered March 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01255-CR

### TIMOTHY JAMES FRYAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063988**

## ORDER

The Court **DENIES** appellant's March 4, 2015 request for appointment of new counsel. Appellate counsel filed an *Anders* brief on December 10, 2014, and appellant has been given until April 15, 2015 to file his pro se response to the *Anders* brief.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Fryar, TDCJ No. 961774, Moore Unit, 1700 North F.M. 87, Bonham, Texas 75418.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
         JUSTICE